**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 1 1 2025

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
Central Division
#### CASE NO.:

ADAM COHEN,

          Plaintiff,

v.

BRANDON JOSHUA HUFFMAN,

          Defendants.

4:25-cv-00809-DPM

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff ADAM COHEN by and through his undersigned counsel, brings this Complaint against Defendant BRANDON JOSHUA HUFFMAN for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1.     Plaintiff ADAM COHEN ("Cohen") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Cohen's original copyrighted Works of authorship.

2.     Cohen studied, assisted and worked as a photographer in Manhattan, where he resided for 15 years. His early focus was on landscapes, which evolved into a love of architectural photography. His work has been featured in numerous reputable publications that circulate all over the world. Although he has experience in many different areas of photography, Cohen now specializes in architectural and commercial photography.

3.     Defendant BRANDON JOSHUA HUFFMAN ("Huffman" or "Defendant") is the President of Huffman Contractors, Inc.

Case assigned to District Judge Marshall
to Magistrate Judge _____

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

4.      Cohen alleges that Defendant copied Cohen's copyrighted Works from the internet in order to advertise, market and promote his business activities.

5.      Defendant committed the violations alleged in connection with Defendant's business for purposes of advertising and promoting sales to the public in the course and scope of Defendant's business.

## JURISDICTION AND VENUE

6.      This is an action arising under the Copyright Act, 17 U.S.C. § 501.

7.      This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

8.      Defendant is subject to personal jurisdiction in Arkansas because defendant is an Arkansas resident.

9.      Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

10.     Brandon Joshua Huffman is an individual residing in Little Rock, Arkansas, and can be served at his place of residence at 32 Orle Circle, Little Rock, AR 72223.

## THE COPYRIGHTED WORKS AT ISSUE

11.     The below table details the Copyright Titles, Registration Numbers and Registration Issue Dates of the works of intellectual property at issue in this case, one of which is shown below, and which are referred to herein as the "Works." Copies of the Works are attached hereto as **Exhibit 1**.

| Title | Registration Number | Copyrighted Works |
|-------|--------------------|-------------------|
| ZDC_Stadium_Enclave_EXT-021 | VAu 1-340-751 |  |
| ZDC_UE_pool-12 | VA 2-380-297 |  |
| ZDC_UE_North_Entrance | VA 2-380-297 |  |
| ZDC_UE_Jr_Club-4 | VA 2-380-297 |  |

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

| Title | Registration Number | Copyrighted Works |
|-------|---------------------|-------------------|
| ZDC_UE_ext-1 | VA 2-380-297 |  |
| ZDC_UE_Enclave_Park_Night | VA 2-380-297 |  |
| ZDC_UE_Cobble_Stearns_ST | VA 2-380-297 |  |

| Title | Registration Number | Copyrighted Works |
|---|---|---|
| ZDC_UE_BLDG5_Courtyard_night-2 | VA 2-380-297 |  |
| ZDC_Stadium_Enclave_INT_gym-1 | VAu 1-340-751 |  |
| ZDC_Stadium_Enclave_EXT-037 | VAu 1-340-751 |  |

| Title | Registration Number | Copyrighted Works |
|-------|---------------------|-------------------|
| ZDC_Stadium_Enclave_INT_kit | VAu 1-340-751 |  |
| ZDC_Stadium_Enclave_INT_GameRoom | VAu 1-340-751 |  |
| ZDC_Stadium_Enclave_INT_Hats | VAu 1-340-751 |  |

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

| Title | Registration Number | Copyrighted Works |
|---|---|---|
| ZDC_Stadium_Enclave_EXT-009 | VAu 1-340-751 |  |

12.     Cohen registered the Works with the Register of Copyrights on December 3, 2018 and December 14, 2023, and was assigned registration numbers VAu 1-340-751 and VA 2-380-297. The Certificates of Registration are attached hereto as **Exhibit 2**.

13.     At all relevant times Cohen was the owner of the copyrighted Works at issue in this case.

**INFRINGEMENT BY DEFENDANT**

14.     Defendant was never licensed to use the Works at issue in this action for any purpose.

15.     Trey Williams ("Williams"), Vice President of Huffman's company, Huffman Contractors, Inc. ("HC"), received an internet link to download the Works on November 18, 2019 from non-party, Zimmer Development Company ("ZDC").

16.     When ZDC provided the Works to HC through Williams, ZDC warned that HC should "[c]heck with the photographer before posting any of these as he's protective of his intellectual property."

17.     On January 16, 2020, the Williams requested an internet link to download the Works a second time. In response, plaintiff Cohen contacted HC through Williams and requested

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

payment of a licensing fee for the use of the Works by HC and quoted pricing for the use of the Works to HC.

18.     On January 29, 2020, Williams told Cohen that HC did not want to pay the fee to use the Works, stating "[w]e are going to pass, thanks."

19.     On a date after the Works at issue in this action were created, but prior to the filing of this action, HC copied, distributed and displayed the Works.

20.     On information and belief, Huffman instructed Williams or another employee of HC to copy, distribute and display the Works.

21.     On or about August 24, 2023, Cohen discovered the unauthorized use of his Works on the HC website located at the URL https://huffmanandcompany.com (the "Website").

22.     HC copied, distributed and displayed Cohen's copyrighted Works without Cohen's permission at the following locations online:

- https://huffmanandcompany.com/stadium-enclave/
- https://huffmanandcompany.com/wp-content/uploads/2022/04/Stadium-Enclave-Photo-1.jpg
- https://huffmanandcompany.com/wp-content/uploads/2022/04/Stadium-Enclave-Photo-2.jpg
- https://huffmanandcompany.com/wp-content/uploads/2022/04/Stadium-Enclave-Photo-3.jpg
- https://huffmanandcompany.com/wp-content/uploads/2022/04/Stadium-Enclave-Photo-4.jpg
- https://huffmanandcompany.com/wp-content/uploads/2022/04/Stadium-Enclave-Photo-5.jpg

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Stadium-Enclave-Photo-6.jpg

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Stadium-Enclave-Photo-7.jpg

- https://huffmanandcompany.com/urban-enclave/

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Urban-Enclave-Photo-1.jpg

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Urban-Enclave-Photo-2.jpg

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Urban-Enclave-Photo-3.jpg

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Urban-Enclave-Photo-4.jpg

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Urban-Enclave-Photo-5.jpg

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Urban-Enclave-Photo-6.jpg

- https://huffmanandcompany.com/wp-content/uploads/2022/04/Urban-Enclave-Photo-7.jpg

Screenshots of the infringing uses of the Works are attached hereto as **Exhibit 3**.

**23.** Cohen notified Huffman of the unauthorized use of the Works.

**24.** Despite notice, Huffman continued to copy, display and distribute the Works in violation of plaintiff's rights under the Copyright Act.

## COUNT I
## VICARIOUS COPYRIGHT INFRINGEMENT

25.     Cohen incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

26.     Cohen owns a valid copyright in the Work at issue in this case.

27.     Cohen registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

28.     HC copied, displayed and distributed the Works at issue in this case without Cohen's authorization in violation of 17 U.S.C. § 501.

29.     At all relevant times, Huffman had the right and ability to supervise the infringing activities of HC.

30.     At all relevant times, Huffman had a direct financial interest in the infringing activities of HC, failed to exercise his right and ability to stop the infringement, and benefitted financially from the infringement.

31.     Cohen has been damaged.

32.     The harm caused to Cohen has been irreparable.

## COUNT II
## CONTRIBUTORY COPYRIGHT INFRINGEMENT

33.     Cohen incorporates the allegations of paragraphs 1 through 24 of this Complaint as if fully set forth herein.

34.     Cohen owns a valid copyright in the Work at issue in this case.

35.     Cohen registered the Works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

36.    HC copied, displayed and distributed the Works at issue in this case without Cohen's authorization in violation of 17 U.S.C. § 501.

37.    Huffman knew or reasonably should have known of HC's copyright infringement.

38.    Huffman induced, caused, and/or materially contributed to infringing conduct of HC by facilitating and using the Works on the Website to promote HC's business despite Huffman's knowledge that HC's use of the Works infringed plaintiff's copyright.

39.    Cohen has been damaged.

40.    The harm caused to Cohen has been irreparable.

WHEREFORE, the Plaintiff ADAM COHEN prays for judgment against Defendant BRANDON JOSHUA HUFFMAN that:

a.    Defendant and his officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b.    Defendant be required to pay Cohen his actual damages and Defendant's profits attributable to the infringement, or, at Cohen's election, statutory damages, as provided in 17 U.S.C. § 504;

c.    Cohen be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d.    Cohen be awarded pre- and post-judgment interest; and

e.    Cohen be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Cohen hereby demands a trial by jury of all issues so triable.

Dated: August 6, 2025                              Respectfully submitted,

11

**SRIPLAW**

CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

_/s/ Joel B. Rothman_____

JOEL B. ROTHMAN
Bar Number: FL 98220
joel@sriplaw.com

**SRIPLAW, P. A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4335 – Telephone
561.404.4353 – Facsimile

_Counsel for Plaintiff Adam Cohen_

# Exhibit

# 1





























# Exhibit

# 2

Registration Number

# VAu 1-340-751

**Effective Date of Registration:**
December 03, 2018

## Copyright Registration for a Group of Unpublished Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(j)

## Title

| | |
|---|---|
| **Title of Group:** | Stadium Enclave 2018 |
| **Number of Photographs in Group:** | 42 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |

## Author

| | |
|---|---|
| **Author:** | Adam S Cohen |
| **Author Created:** | photographs |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1969 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Adam S Cohen |
| | 2801 Chancellorsville Dr, #435, Tallahassee, FL, 32312, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Adam Cohen |
| **Email:** | info@adamcohenphotography.com |
| **Telephone:** | (850)443-5241 |

## Certification

| | |
|---|---|
| **Name:** | Adam Cohen |
| **Date:** | December 03, 2018 |

**Copyright Office notes:**     Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of unpublished photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) are unpublished AND (b) were created by the same author AND (c) are owned by the same copyright claimant AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title and file name for each photograph included in the group must be uploaded along with other required application materials.  The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-380-297

**Effective Date of Registration:**
December 14, 2023
**Registration Decision Date:**
January 24, 2024

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   May 01, 2020 to August 26, 2020

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Adam Cohen - Group Registration Photos - Published May 1 2020  to August 26 2020; 111 photos |
| **Number of Photographs in Group:** | 111 |
| • **Individual Photographs:** | ZDC_UE_BLDG5_Courtyard_night-2, ZDC_UE_Cobble_StearnsST, ZDC_UE_Enclave_Park_Night, ZDC_UE_North_Entrance, ZDC_UE_Jr_Club-4, ZDC_UE_ext-1, ZDC_UE_Apt_LR, ZDC_UE_BLDG5_Courtyard_night-1, ZDC_UE_Apt_kitchen, ZDC_UE_Apt_Nook-4, ZDC_UE_Club-2, ZDC_UE_Club-3, ZDC_UE_Club-5, ZDC_UE_Club-8, ZDC_UE_Club-7, ZDC_UE_Club-9tv flat, ZDC_UE_BLDG5_Courtyard, ZDC_UE_Club-1, ZDC_UE_Club-4, ZDC_UE_Club-6, ZDC_UE_Club-9, ZDC_UE_Club-10, ZDC_UE_Club-12, ZDC_UE_Club-15, ZDC_UE_Club-11, ZDC_UE_Club-13, ZDC_UE_Dog_Park, ZDC_UE_cube, ZDC_UE_Enclave_Park_Aerial-3, ZDC_UE_Club-14, ZDC_UE_Enclave_Park_Aerial-1, ZDC_UE_Enclave_Park_Aerial-2, ZDC_UE_Enclave_Park_Bocce, ZDC_UE_ext-7, ZDC_UE_Enclave_Park_SculptureGarden, ZDC_UE_Jr_Club-1, ZDC_UE_pool-1, ZDC_UE_pool-3, ZDC_UE_pool-5, ZDC_UE_pool-6, ZDC_UE_Enclave_Park_curved_path, ZDC_UE_Enclave_Park_East, ZDC_UE_Enclave_Park_North_entry, ZDC_UE_Jr_Club-2, ZDC_UE_Pool_S-to-N, ZDC_UE_pool-2, ZDC_UE_pool-4, ZDC_UE_pool-7, ZDC_UE_pool-10, ZDC_UE_sundial, ZDC_UE_pool-9, ZDC_UE_pool-8, ZDC_UE_pool-11, ZDC-Stadium_Enclave_GDP_no-10, ZDC_UE_ext-6, ZDC_UE_and_SE_Southeast_toNW_aerial, ZDC_UE_pool-12, ZDC_UE_ext-3, ZDC_UE_Car_wash, ZDC_Stadium_Enclave_EXT_HammocksAir-01, ZDC_Stadium_Enclave_EXT_HammocksAir-02, ZDC_Stadium_Enclave_EXT-43, ZDC_Stadium_Enclave_EXT-Pool No Braces TV, ZDC_Stadium_Enclave_EXT-46, ZDC_Stadium_Enclave_EXT-Pool No Braces |
| **Published:** | May 2020 |
| • **Individual Photographs:** | EMI-TOC_EXT_IMG-1-G, EMI-TOC_EXT_IMG-4, EMI-TOC_EXT_IMG-6-G, EMI-TOC_EXT_IMG-10-G, EMI-TOC_EXT_IMG-14, EMI-TOC_EXT_IMG-16, EMI-TOC_EXT_IMG-17, EMI-TOC_EXT_IMG-1Twilight, EMI-TOC_EXT_IMG-3-G, EMI-TOC_EXT_IMG-9-G, EMI- |

TOC_EXT_IMG-11, EMI-TOC_EXT_IMG-12, EMI-TOC_EXT_IMG-18, EMI-TOC_INT_IMG-01, EMI-TOC_INT_IMG-02, EMI-TOC_INT_IMG-06, EMI-TOC_INT_IMG-08, EMI-TOC_INT_IMG-07, EMI-TOC_INT_IMG-10, EMI-TOC_INT_IMG-13, EMI-TOC_INT_IMG-03, EMI-TOC_INT_IMG-05, EMI-TOC_INT_IMG-04, EMI-TOC_INT_IMG-09, EMI-TOC_INT_IMG-12, EMI-TOC_INT_IMG-11, EMI-TOC_INT_IMG-14, UF_Wildlight_Yulee-EXT-3, UF_Wildlight_Yulee-EXT-1 Night, UF_Wildlight_Yulee-EXT-4, UF_Wildlight_Yulee-EXT-7, UF_Wildlight_Yulee-EXT-9, UF_Wildlight_Yulee-EXT-6, UF_Wildlight_Yulee-EXT-5, UF_Wildlight_Yulee-EXT-8, UF_WILDLIGHT_INT_no-4, UF_WILDLIGHT_INT_no-1, UF_WILDLIGHT_INT_no-3, UF_WILDLIGHT_INT_no-7, UF_WILDLIGHT_INT_no-10, UF_WILDLIGHT_INT_no-11, UF_WILDLIGHT_INT_no-5, UF_WILDLIGHT_INT_no-8, UF_WILDLIGHT_INT_no-9, UF_WILDLIGHT_INT_no-12

**Published:** July 2020

- **Individual Photographs:** UF_Wildlight_Yulee-EXT-2
  **Published:** August 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** May 01, 2020
**Latest Publication Date in Group:** August 26, 2020
**Nation of First Publication:** United States

## Author

- **Author:** Adam Cohen
  **Author Created:** photographs
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Adam Cohen
2801 Chancellorsville Dr, #435, Tallahassee, FL, 32312, United States

## Certification

**Name:** Susan Grouchy
**Date:** December 14, 2023
**Applicant's Tracking Number:** CR-008408

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

Exhibit

3

9/16/24, 8:20 AM                                Stadium Enclave | Huffman & Co.





**See Future Projects**





FEATURED PROJECT

# Stadium Enclave.

## PROJECT DETAILS

➤ Tallahassee, FL

🗝 Completed 2021

🏢  Numerous luxury amenities

🏛 185 units / 601 beds fully furnished student housing apartment units



# The Stadium Enclave is located in Tallahassee at Florida State University.

This resort style student housing property is on a 12 acre site with 185 units and 601 beds. Rentable space on the property is approximately 294,000 square feet. Amenities include the following: • Stainless steel appliances and granite countertops • State of the art fitness center and business center • Oversized pool with cabanas • Courtyard with multiple fire pits • Spacious clubhouse with mail and package room • Party veranda and game day pavilion.

**Visit site** ↗

Stadium Enclave | Huffman & Co.









# More Huffman & Co. projects:

**Featured projects**







  

Stadium Enclave | Huffman & Co.



© 2024 Huffman & Company
All Rights Reserved | Privacy Policy



Design by Rock City Digital



15315 Kanis Rd
Little Rock, AR 72223

Phone: (501) 758-4982
Fax: (501) 219-4111

© 2024 Huffman & Company
All Rights Reserved
Privacy Policy | Design by Rock City Digital





**See Future Projects**





FEATURED PROJECT

# Urban Enclave.

# PROJECT DETAILS

➤ Tallahassee, FL

🔑 Completed 2021

🏛 Numerous luxury amenities

🏛 149 units / 517 beds fully furnished student housing apartment units

 

# The Urban Enclave is located across the street from Florida State in Tallahassee Florida.

This project boasts the city's only resort-style infinity pool on its 10-acre site. Urban Enclave offers 2 and 4 bedroom plans. Amenities include the following: • Clubhouse, game room • State of the art fitness center • Resort style infinity pool with outdoor grilling area • Full kitchen with granite countertops, subway tile backsplashes, and stainless-steel appliances, including dishwasher/disposal, refrigerator, oven, and stove.

Urban Enclave | Huffman & Co.

**Visit site** ↗









# More Huffman & Co. projects:

**Featured projects**

Urban Enclave | Huffman & Co.



Urban Enclave | Huffman & Co.





    



9/16/24, 8:19 AM                                                    Urban Enclave | Huffman & Co.

© 2024 Huffman & Company
All Rights Reserved | Privacy Policy



Design by Rock City Digital



15315 Kanis Rd
Little Rock, AR 72223

Phone: (501) 758-4982
Fax: (501) 219-4111

© 2024 Huffman & Company
All Rights Reserved
Privacy Policy | Design by Rock City Digital